HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
MARK GOODENOUGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-PO-00505-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| MARK GOODENOUGH, | Date: January 14, 2021 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for MARK GOODENOUGH, that the bench trial set on January 14, 2021 at 9:30 a.m. be continued to April 1, 2021 at 9:30 a.m.

This continuance is requested because defense counsel needs additional time to investigate, obtain further video discovery from the Government, and obtain the Defendant's medical documents.

/ / /

/ / /

Stipulation and Proposed Order to Continue Status Conference

-1-

DATED: January 4, 2021                    Respectfully submitted,

                                          HEATHER WILLIAMS
                                          Federal Defender

                                          */s/Linda C. Allison*
                                          LINDA C. ALLISON
                                          Assistant to the Federal Defender
                                          Attorneys for Defendant
                                          MARK GOODENOUGH


Dated: January 4, 2021                    McGREGOR W. SCOTT
                                          United States Attorney


                                          */s/ Alstyn Bennett*
                                          ALSTYN BENNETT
                                          Special Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that the bench trial set for January 14, 2021, be continued to April 1, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  January 6, 2021

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE